# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW KAHL,<br><br>      Plaintiff(s),<br><br>v.<br><br>SUPERIOR VANLINES INC., LLC, et al.,<br><br>      Defendant(s). | Case No. 2:22-cv-01249-CDS-NJK<br><br>**ORDER** |

It appears that the summons and complaint were served roughly four months ago. Docket Nos. 7-8; *see also* Docket No. 13. Nonetheless, Defendants have not appeared in this case and Plaintiff has not sought a default or taken other steps to prosecute the case. Unless Defendants have responded to the complaint in the interim, Plaintiff must file a status report by December 20, 2022.

IT IS SO ORDERED.

Dated: December 2, 2022

                                                                                             _____
                                                                                            Nancy J. Koppe
                                                                                            United States Magistrate Judge