JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW KAHL, *Plaintiff,* v. SUPERIOR VANLINES INC LLC, a Nevada limited liability company; MOVING SERVICES SP LLC, a Nevada limited liability company, DOES I-X; *and* ROES CORPORATIONS XI-XX, *inclusive,* *Defendants.* | Civil Action No. 2:22-cv-01249-CDS-NJK  **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ANDREW KAHL, by and through his undersigned counsel, hereby voluntary dismisses, with prejudice, Defendants SUPERIOR VANLINES INC LLC, MOVING SERVICES SP LLC, DOES I-X and ROES CORPORATIONS XI-XX from this action, with each party to bear their own costs and attorneys' fees in accordance with the agreement between the parties.

Defendants SUPERIOR VANLINES INC LLC and MOVING SERVICES SP LLC have been served but have not filed an answer or motion for summary judgment in this action.

///

///

Defendants DOES I-X and ROES CORPORATIONS XI-X were never served in this action.

DATED this 29th day of March, 2023.

**THE BACH LAW FIRM, LLC**

By   /s/ Jason J. Bach
    JASON J. BACH
    Nevada Bar No. 7984
    7881 W. Charleston Blvd., Suite 165
    Las Vegas, Nevada 89117
    *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of The Bach Law Firm, LLC, and that I caused the following document, ***Plaintiff's Notice of Voluntary Dismissal of all Defendants***, to be served via electronic mail and U.S. postal service, first class postage prepaid, on this date, March 29, 2023, on the following parties:

Superior Vanlines Inc LLC
c/o Registered Agent, Ashley Roybal
4400 S. Jones Blvd., #3052
Las Vegas, NV 89103
movingcustomerservice27@gmail.com
ozm702@gmail.com

James S. Kent
James S. Kent, Ltd.
9480 S. Eastern Ave., Suite 228
Las Vegas, NV 89123
jamie@jamiekent.org
alesha@jamiekent.org

Moving Services SP LLC
c/o Registered Agent, Mario J. Samson
3950 W. Harmon Ave.
Las Vegas, NV 89103
info@movingservicesllc.com
jeremy@movingservicesllc.com
jenn@relocationdepartment.com
ozm702@gmail.com

      /s/ Sandra Herbstreit
an employee of The Bach Law Firm, LLC

- 2 -